App. Div.]                    First Department, May, 1928.

ROBERT GOELET, Individually, and Others, as Trustees, etc., of OGDEN GOELET, Deceased, v. NATIONAL SURETY COMPANY. MARY R. GOELET v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NEW HOLDING CO., INC., v. LEROCCO REALTY CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GILES GREVILLE HEALEY v. VIRGINIA SMITH HEALEY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of AARON LELAND SAPIRO for Admission to the Bar of the State of New York.— Referred to committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration between FINSILVER, STILL & MOSS, INC., and ELIAS JANAN, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

40 EAST 49TH STREET CORPORATION v. CUNARD MERCANTILE CORPORATION and Another.— Motion for injunction granted pending determination of appeal from order of April 26, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPH J. GUADAGNO, JR., for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JOSEPH KOENIG for Admission to the Bar.— Referred to the committee on character and fitness. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARTIN KORTJOHN and Another v. JOSEPH M. ADAMS.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SAMUEL STARK, an Attorney.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES ALBERO and LOUIS PERMUTO, Appellants.— Application granted. Order signed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH OHRBACH, Respondent, v. SAMUEL OHRBACH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Transfer Tax upon the Estate of ELIZABETH FISCHER, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [132 Misc. 204.]

LOUIS N. JAMES, as Executor, etc., of FRED S. JAMES, Deceased, Respondent, v. GEORGE W. BLOSSOM, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents.

HARRY FISCHMAN and Another, Respondents, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.